UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   DEC 12 2018   ★

LONG ISLAND OFFICE

| | |
|---|---|
| JEROLEUM CROCOMBE,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>          Plaintiff,<br><br>    v<br><br>ATLANTIC CREDIT & FINANCE, INC.,<br><br>          Defendants. | Civil Action, File No.<br>2:17-cv-04750-ADS-AKT |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 629-7709

Hinshaw & Culbertson LLP

By: /s/ *Matthew B. Corwin*
800 Third Avenue, 13th Floor
New York, NY, 10022
212-471-6220
mcorwin@hinshawlaw.com
*Attorneys for Defendant*

Case Closed.

/s/ Arthur D. Spatt

U.S.D.J.   12/12/18   12/12/18